PROB 12B
(7/93)

# United States District Court

for

### District of the Northern Mariana Islands

F I L E D
Clerk
District Court

AUG 17 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**Report for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
(Probation Form 49, Waiver of Hearings is Attached)

| | |
|---|---|
| Name of Offender  Felix R. Nogis | Case Number: 03-00008-001 |

Name of Sentencing Judicial Officer:   Honorable Alex R. Munson

Date of Original Sentence:   January 16, 2004

Original Offense:   18 U.S.C. § 666(a)(1)(A), Theft Concerning Programs Receiving Federal Funds

Original Sentence:   Five months imprisonment followed by a three year term of supervised release with the following conditions: serve five months of home detention which shall include electronic monitoring, under the direction of the U.S. Probation Office and pay all or part of the costs of the program based upon his ability to pay as determined by the probation officer; not commit another federal, state, or local crime; comply with the standard conditions of probation; not possess a firearm or other dangerous weapon; not possess illegal controlled substances, and submit to one urinalysis within 15 days after sentencing and, two more urinalysis thereafter; obtain and maintain gainful employment; not travel outside the Northern Marianas Islands without the approval of the Court; pay restitution in the amount of $15,521.01 with credit for any restitution made prior to sentencing; not incur any new lines of credit or debts without prior notice and approval of the U.S. Probation Office; submit financial statements to the U.S. Probation Office upon request; pay for the cost of incarceration and cost of supervised release; pay a fine in the amount of $3,000.00; and pay a $100.00 special assessment fee.

Type of Supervision:  Supervised Release       Date Supervision Commenced:  August 13, 2004

---

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ years, for a total term of _____ years.

☒ To modify the conditions of supervision as follows:

> That the offender shall perform a total of 100 hours of community service under the direction of the United States Probation Office.

Report for Modifying the
Conditions or Term of Supervision
with Consent of Offender                                                                 page 2

CAUSE

Felix Nogis failed to submit monthly supervision reports for the months of March, April, May, and June 2005 during the required reporting period. Rather, Mr. Nogis submitted the four reports on July 12, 2005.

On October 27, 2004, Mr. Nogis signed a Financial Obligation Agreement, in which he agreed to make monthly payments of $50 towards his Cost of Supervision. He failed to make payments for the months of March, April, May, and June 2005.

A compliance meeting was held with Mr. Nogis on July 14, 2005 to discuss his violations. Mr. Nogis admitted to his failure to submit timely monthly supervision reports and to make monthly payments for the months of March through June 2005. He agreed to the proposed sanction of 50 hours of community service for each of the two violations, for a total of 100 hours of community service, and signed a Waiver of Hearing to Modify Conditions of Probation/Supervised Release to allow for such a modification. The waiver is attached for the Court's review.

Reviewed by:                                                          Respectfully submitted,

                                                                      by: _____

ROSSANNA VILLAGOMEZ-AGUON                                             MELINDA N. BRUNSON

U.S. Probation Officer                                                U.S. Probation Officer
Supervision Unit Leader

Date: 8/16/05                                                         Date: 8/16/05

**THE COURT ORDERS**

☐ No Action

☐ The Extension of Supervision as Noted Above.

☒ The Modification of Conditions as Noted Above.

☐ Other       Issuance of a:     ☐ Summons      ☐ Warrant

                                                _____
                                                Signature of Judicial Officer

                                                8-17-2005
                                                Date

PROB 49
(3/89)

# United States District Court

_U.S. District Court_  **District**  _of the Northern Mariana Islands_

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

- That the offender shall perform 50 hours of community service under the direction of the United States Probation Office for failure to submit timely monthly supervision reports for the months of February, March, April, May, and June 2005.

- That the offender shall perform 50 hours of community service under the direction of the United States Probation Office for failure make payments towards Cost of Supervision for the months of March, April, May, and June 2005.

Witness _Melinda Brunson_
U.S. Probation Officer

Signed _Felix Nogis_
Probationer or Supervised Releasee

_7/14/05_
Date