◈PROB 34
(Rev. 5/01)

Report and Order Terminating Supervised Release

# UNITED STATES DISTRICT COURT

FOR THE

*District of the Northen Mariana Islands*

F I L E D
Clerk
District Court

AUG 29 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES OF AMERICA

v.

FELIX R. NOGIS

CRIMINAL CASE NO. 03-00008-001

It appearing that the above named has complied with the conditions of supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on **August 12, 2007**, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
Acting Chief U.S. Probation Officer

By: _____
MELINDA N. BRUNSON
U.S. Probation Officer

Reviewed by:

_____
CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

cc:   AUSA
      Defense Counsel
      File

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this 29TH day of August 2007.

_____
Honorable Alex R. Munson
Chief Judge
U.S. District Court for the
Northern Mariana Islands